UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE C. STELLY and RICHARD A. STELLY, | Case No. CV 11-00538 DDP (DTBx) |
| Plaintiffs, | **ORDER GRANTING MOTION TO DISMISS** |
| v. | [Motion filed on May 24, 2011] |
| HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA; HOUSEKEY FINANCIAL CORPORATION, | |
| Defendants. | |

Presently before this court is Defendants' Motion to Dismiss. Because Plaintiffs have not filed an opposition, the court GRANTS the motion.

This is an action that arises from a foreclosure and complaint filed by Plaintiffs on February 15, 2011, in the United States District Court, Central District of California, Eastern Division. Plaintiffs' complaint is based on a foreclosure action. Plaintiffs seek declaratory and injunctive relief for enforcement of rescission and cancellation of foreclosure of a residential property located at 36160 Madora Drive, Wildomar, CA 92595.

On May 24, 2011, Defendants filed a Motion to Dismiss.  A hearing on Defendants' motion to dismiss was set for July 11, 2011.

     Pursuant to Local Rule 7-9, a party opposing a motion is required to file an opposition no later than twenty-one days before the hearing.  C.D. Cal. Local R. 7-9.  Failure to file an opposition within the deadline may be deemed consent to granting the motion.  C.D. Cal. Local R. 7-12.  Therefore, Plaintiffs' opposition was due on June 20, 2011.  As of the date of this Order, Plaintiffs have not filed an opposition, or any other filing that could be construed as an opposition to Defendants' Motion to Dismiss.  Accordingly, the court regards Plaintiffs' failure to oppose to be consent to granting Defendants' motion.

     For the foregoing reasons, the court GRANTS Defendants' Motion to Dismiss.

IT IS SO ORDERED.

Dated: July 11, 2011

DEAN D. PREGERSON
United States District Judge